IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | ) CHAPTER 13 |
| | ) CASE NO. 13-53093 |
| | ) JUDGE KOSCHIK |
| Martin Slawinski | ) |
| | ) **OBJECTION TO CLAIM** |
| | ) **#4-1 FILED BY CUYAHOGA COUNTY** |
| | ) **FISCAL OFFICE** |
| Debtor. | ) |

*************************************************************************

Now comes the debtor, by and through the undersigned counsel, to lodge his objection to Claim #4-1, filed by Cuyahoga County Fiscal Office, for the following reasons:

1. According to the Cuyahoga County Auditor's website, the debtor was obligated to pay $130.84 in base-level property taxes in the year 2013, which excludes any fees that might be added on for yard maintenance or other services. See Exhibit A.

2. According to the Cuyahoga County Auditor's website, the debtor was obligated to pay $127.16 in base-level property taxes in the year 2012, which excludes any fees that might be added on for yard maintenance or other services. See Exhibit B.

3. According to the Cuyahoga County Auditor's website, the debtor was obligated to pay $67.40 in base-level property taxes in the year 2011, which excludes any fees that might be added on for yard maintenance or other services. See Exhibit C.

4. There was no property tax delinquency as of the end of 2010 (see Exhibit D). Therefore, the amount of base-level property taxes due, excluding any fees that might be added on for yard maintenance or other services, for the years 2011 through 2013 is $325.40.

5. Nevertheless, the Cuyahoga County Fiscal office submitted a proof of claim for

$19,194.82, approximately 6000% more than what is actually owed. The increase of $18,869.42 is almost wholly attributable to grass cutting fees charged to the debtor over a three-year period without debtor's consent. Debtor has always cut the grass on the subject property on a regular basis or had it cut by third parties, and the grass cutting that the County is billing him for wasn't necessary and never actually occurred. In reality, County workers claim to have done the work but never actually did it, and instead used the time they claimed to have been cutting the debtor's grass for some other purpose. The debtor has brought this pattern, which essentially amounts to fraud, repeatedly to the attention of the county on his other properties and the County has repeatedly removed the fraudulent grass cutting charges. Nevertheless, they continue to allow their workers to submit false paperwork and pass fraudulent charges on to the debtor and, presumably, other taxpayers.

6. A timeline of the grass cutting is attached, as well as a statement from Wagner's Landscaping concerning grass cutting in 2013. See Exhibit E.

For the preceding reasons, Debtor respectfully requests that this honorable Court deny proof of claim #4-1 by the Cuyahoga County Fiscal Office.

Respectfully Submitted,

/s/Nathan Cemenska
Nathan Cemenska
Cemenska Law Firm, LLC
2077 E. 4th Street, Suite 5W
Cleveland, OH  44115
P:(216) 798-4506
F:(270) 916-6654

E: cemenska@gmail.com
Ohio Bar #0080359

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following by mailing a copy hereof by first class U.S. mail or by electronic filing on this 10th day of June, 2014.

**Debtor:**
Martin Slawinski
1775 Marks Road
Valley City, OH 44280

**Trustee:**
Keith Rucinski (electronically)

United States Trustee (electronically)

**Creditors:**
Cuyahoga County Fiscal Office
1219 Ontario Street, Room 109B
Attention: Loretta A. Parks
Cleveland, OH 44113

/s/Nathan Cemenska
Nathan Cemenska
Cemenska Law Firm, LLC
2077 E. 4th Street, Suite 5W
Cleveland, OH 44115
P:(216) 798-4506
F:(270) 916-6654
E: cemenska@gmail.com
Ohio Bar #0080359


Exhibit A

| General Information | Transfer History | Certified Values | Land Record | Residential Bldg. Sketch | Taxes | Search Page |

PRIMARY OWNER: Slawinski, Martin J
PROPERTY ADDRESS: 3400 Beyerle RD, CLEVELAND, OH 44105
TAX MAILING ADDRESS: MARTIN SLAWINSKI, 1775 MARKS RD, VALLEY CITY, OH 44280
LEGAL DESCRIPTION: 286 EST .68A
PROPERTY CLASS: RESIDENTIAL VACANT LAND

Field Definitions

## 2013 (pay in 2014) TAXBILL SUMMARY

PARCEL NUMBER: 131-26-004        TAXSET: Cleveland        TAX YEAR: 2013 (pay in 2014)

| ASSESSED VALUES | | MARKET VALUES | | FLAGS | |
|---|---|---|---|---|---|
| LAND VALUE | 1,580.00 | LAND VALUE | 4,500.00 | OWNER OCCUPANCY CREDIT | N |
| BUILDING VALUE | 0.00 | BUILDING VALUE | 0.00 | HOMESTEAD | N |
| TOTAL VALUE | 1,580.00 | TOTAL VALUE | 4,500.00 | FORECLOSURE | Y |
| HOMESTEAD VALUE | 0 | | | CERT. PEND. | N |
| | | | | CERT. SOLD | N |
| HALF YEAR CHARGE AMOUNTS | | RATES | | PAYMENT PLAN | N |
| GROSS TAX | 94.27 | FULL RATE | 119.33 | | |
| LESS 920 RED | 22.00 | 920 RED. RATE | .233423 | | |
| SUB TOTAL | 72.27 | EFFECTIVE RATE | 91.475689 | ESCROW | |
| NON-BUSINESS CREDIT | 6.85 | | | ESCROW | N |
| OWNER OCCUPANCY CREDIT | 0.00 | | | PMT. AMOUNT | 0.00 |
| HOMESTEAD RED. AMOUNT | 0.00 | | | ACCOUNT | |
| TOTAL ASSESSMENTS | 0.00 | | | | |
| HALF YEAR NET TAXES | 65.42 | | | | |

| | CHARGES | PAYMENTS | BALANCE DUE |
|---|---|---|---|
| TAX BALANCE SUMMARY | 19,532.39 | 65.42 | 19,466.97 |

### 2013 (pay in 2014) CHARGE AND PAYMENT DETAIL

Tax Information is up to the hour - tell me more

| TAXSET | CHARGE TYPE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| Cleveland | Prior year penalty - 2012 | 19.72 | 0.00 | 19.72 |
| | Prior year penalty - 2011 | 10.45 | 0.00 | 10.45 |
| | Prior year August interest - 2013 | 6.48 | 0.00 | 6.48 |
| | Prior year tax - 2012 | 127.16 | 0.00 | 127.16 |
| | December interest - 2013 | 9.38 | 0.00 | 9.38 |
| | Prior year tax - 2011 | 67.40 | 0.00 | 67.40 |
| | Prior year interest - 2012 | 3.12 | 0.00 | 3.12 |
| | DELQ BALANCE | 243.71 | 0.00 | 243.71 |
| | 1st half tax | 65.42 | 65.42 | 0.00 |
| | 1st half penalty | 0.00 | 0.00 | 0.00 |
| | 1ST HALF BALANCE | 65.42 | 65.42 | 0.00 |
| | 2nd half tax | 65.42 | 0.00 | 65.42 |
| | 2ND HALF BALANCE | 65.42 | 0.00 | 65.42 |
| M119348F-GRASS CUTTING | Prior year August interest - 2013 | 996.23 | 0.00 | 996.23 |
| | Prior year interest - 2012 | 478.96 | 0.00 | 478.96 |
| | Prior year tax - 2011 | 10,367.00 | 0.00 | 10,367.00 |
| | Prior year Aug SPA fee int - 2013 | 9.95 | 0.00 | 9.95 |
| | December SPA fee interest - 2013 | 5.38 | 0.00 | 5.38 |
| | Prior year SPA fee penalty - 2011 | 16.06 | 0.00 | 16.06 |
| | Prior year SPA fee interest - 2012 | 4.79 | 0.00 | 4.79 |
| | Prior year SPA fee - 2011 | 103.68 | 0.00 | 103.68 |
| | Prior year penalty - 2011 | 1,606.89 | 0.00 | 1,606.89 |
| | December interest - 2013 | 537.97 | 0.00 | 537.97 |
| | DELQ BALANCE | 14,126.91 | 0.00 | 14,126.91 |
| M119348G-GRASS CUTTING | Prior year SPA fee penalty - 2012 | 6.42 | 0.00 | 6.42 |
| | December SPA fee interest - 2013 | 1.92 | 0.00 | 1.92 |
| | Prior year tax - 2012 | 4,146.80 | 0.00 | 4,146.80 |
| | Prior year SPA fee - 2012 | 41.46 | 0.00 | 41.46 |
| | Prior year penalty - 2012 | 642.75 | 0.00 | 642.75 |
| | December interest - 2013 | 191.58 | 0.00 | 191.58 |
| | DELQ BALANCE | 5,030.93 | 0.00 | 5,030.93 |
| TOTAL BALANCE | | 19,532.39 | 65.42 | 19,466.97 |

Exhibit B

| General Information | Transfer History | Certified Values | Land Record | Residential Bldg. Sketch | Taxes | Search Page |

**PRIMARY OWNER** Slawinski, Martin J
**PROPERTY ADDRESS** 3400 Beyerle RD, CLEVELAND, OH 44105
**TAX MAILING ADDRESS** MARTIN SLAWINSKI, 1775 MARKS RD, VALLEY CITY, OH 44280
**LEGAL DESCRIPTION** 286 EST .68A
**PROPERTY CLASS** RESIDENTIAL VACANT LAND

Field Definitions

## 2012 (pay in 2013) TAXBILL SUMMARY

**PARCEL NUMBER** 131-26-004  **TAXSET** Cleveland  **TAX YEAR** 2012 (pay in 2013)

| ASSESSED VALUES | | MARKET VALUES | | FLAGS | |
|---|---|---|---|---|---|
| LAND VALUE | 1,580.00 | LAND VALUE | 4,500.00 | OWNER OCCUPANCY CREDIT | N |
| BUILDING VALUE | 0.00 | BUILDING VALUE | 0.00 | HOMESTEAD | N |
| TOTAL VALUE | 1,580.00 | TOTAL VALUE | 4,500.00 | FORECLOSURE | Y |
| HOMESTEAD VALUE | 0 | | | CERT. PEND. | N |
| | | | | CERT. SOLD | N |
| HALF YEAR CHARGE AMOUNTS | | RATES | | PAYMENT PLAN | N |
| GROSS TAX | 92.90 | FULL RATE | 117.6 | | |
| LESS 920 RED | 22.26 | 920 RED. RATE | .239555 | | |
| SUB TOTAL | 70.64 | EFFECTIVE RATE | 89.428386 | ESCROW | |
| NON-BUSINESS CREDIT | 7.06 | | | ESCROW | N |
| OWNER OCCUPANCY CREDIT | 0.00 | | | PMT. AMOUNT | 0.00 |
| HOMESTEAD RED. AMOUNT | 0.00 | | | ACCOUNT | |
| TOTAL ASSESSMENTS | 2,094.13 | | | | |
| HALF YEAR NET TAXES | 2,157.71 | | | | |

| | CHARGES | PAYMENTS | BALANCE DUE |
|---|---|---|---|
| TAX BALANCE SUMMARY: | 17,642.66 | 0.00 | 17,642.66 |

## 2012 (pay in 2013) CHARGE AND PAYMENT DETAIL

Tax information is up to the hour - tell me more

| TAXSET | CHARGE TYPE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| Cleveland | Prior year penalty - 2011 | 10.45 | 0.00 | 10.45 |
| | Prior year tax - 2011 | 67.40 | 0.00 | 67.40 |
| | December interest - 2012 | 3.12 | 0.00 | 3.12 |
| | DELQ BALANCE | 80.97 | 0.00 | 80.97 |
| | 1st half penalty | 6.36 | 0.00 | 6.36 |
| | 1st half tax | 63.58 | 0.00 | 63.58 |
| | 1ST HALF BALANCE | 69.94 | 0.00 | 69.94 |
| | 2nd half penalty | 13.36 | 0.00 | 13.36 |
| | 2nd half tax | 63.58 | 0.00 | 63.58 |
| | 2ND HALF BALANCE | 76.94 | 0.00 | 76.94 |
| M119348F-GRASS CUTTING | Prior year penalty - 2011 | 1,606.89 | 0.00 | 1,606.89 |
| | Prior year SPA fee - 2011 | 103.68 | 0.00 | 103.68 |
| | Prior year SPA fee penalty - 2011 | 16.06 | 0.00 | 16.06 |
| | December SPA fee interest - 2012 | 4.79 | 0.00 | 4.79 |
| | Prior year tax - 2011 | 10,367.00 | 0.00 | 10,367.00 |
| | December interest - 2012 | 478.96 | 0.00 | 478.96 |
| | DELQ BALANCE | 12,577.38 | 0.00 | 12,577.38 |
| M119348G-GRASS CUTTING | 1st half penalty | 207.34 | 0.00 | 207.34 |
| | 1st half SPA fee penalty | 2.07 | 0.00 | 2.07 |
| | 1st half tax | 2,073.40 | 0.00 | 2,073.40 |
| | 1st half SPA fee | 20.73 | 0.00 | 20.73 |
| | 1ST HALF BALANCE | 2,303.54 | 0.00 | 2,303.54 |
| | 2nd half penalty | 435.41 | 0.00 | 435.41 |
| | 2nd half SPA fee penalty | 4.35 | 0.00 | 4.35 |
| | 2nd half tax | 2,073.40 | 0.00 | 2,073.40 |
| | 2nd half SPA fee | 20.73 | 0.00 | 20.73 |
| | 2ND HALF BALANCE | 2,533.89 | 0.00 | 2,533.89 |
| TOTAL BALANCE | | 17,642.66 | 0.00 | 17,642.66 |

CUYAHOGA COUNTY ASSUMES NO LIABILITY FOR DAMAGES AS A RESULT OF ERRORS, OMISSIONS OR DISCREPANCIES CONTAINED IN THESE PAGES. PROSPECTIVE PURCHASERS

Exhibit C

| General Information | Transfer History | Certified Values | Land Record | Residential Bldg. Sketch | Taxes | Search Page |
|---|---|---|---|---|---|---|

PRIMARY OWNER: Slawinski, Martin J
PROPERTY ADDRESS: 3400 Beyerle RD, CLEVELAND, OH 44105
TAX MAILING ADDRESS: MARTIN J SLAWINSKI, 1775 MARKS RD, VALLEY CITY, OH 44280
LEGAL DESCRIPTION: 286 EST .68A
PROPERTY CLASS: RESIDENTIAL VACANT LAND

## 2011 (pay in 2012) TAXBILL SUMMARY

PARCEL NUMBER: 131-26-004   TAXSET: Cleveland   TAX YEAR: 2011 (pay in 2012)

Field Definitions

| ASSESSED VALUES | | MARKET VALUES | | FLAGS | |
|---|---|---|---|---|---|
| LAND VALUE | 1,090.00 | LAND VALUE | 3,100.00 | OWNER OCCUPANCY CREDIT | N |
| BUILDING VALUE | 0.00 | BUILDING VALUE | 0.00 | HOMESTEAD | N |
| TOTAL VALUE | 1,090.00 | TOTAL VALUE | 3,100.00 | FORECLOSURE | Y |
| HOMESTEAD VALUE | 0 | | | CERT. PEND. | N |
| | | | | CERT. SOLD | N |

| HALF YEAR CHARGE AMOUNTS | | RATES | | PAYMENT PLAN | N |
|---|---|---|---|---|---|
| GROSS TAX | 55.92 | FULL RATE | 102.6 | | |
| LESS 920 RED | 18.47 | 920 RED. RATE | .330238 | | |
| SUB TOTAL | 37.45 | EFFECTIVE RATE | 68.717546 | ESCROW | |
| NON-BUSINESS CREDIT | 3.75 | | | ESCROW | N |
| OWNER OCCUPANCY CREDIT | 0.00 | | | PMT. AMOUNT | 0.00 |
| HOMESTEAD RED. AMOUNT | 0.00 | | | ACCOUNT | |
| TOTAL ASSESSMENTS | 5,235.34 | | | | |
| HALF YEAR NET TAXES | 5,269.04 | | | | |

| | CHARGES | PAYMENTS | BALANCE DUE |
|---|---|---|---|
| TAX BALANCE SUMMARY | 12,171.48 | 0.00 | 12,171.48 |

## 2011 (pay in 2012) CHARGE AND PAYMENT DETAIL

Tax Information is up to the hour - tell me more.

| TAXSET | CHARGE TYPE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| Cleveland | 1st half penalty | 3.37 | 0.00 | 3.37 |
| | 1st half tax | 33.70 | 0.00 | 33.70 |
| | 1ST HALF BALANCE | 37.07 | 0.00 | 37.07 |
| | 2nd half penalty | 7.08 | 0.00 | 7.08 |
| | 2nd half tax | 33.70 | 0.00 | 33.70 |
| | 2ND HALF BALANCE | 40.78 | 0.00 | 40.78 |
| M119348F-GRASS CUTTING | 1st half penalty | 518.35 | 0.00 | 518.35 |
| | 1st half SPA fee penalty | 5.18 | 0.00 | 5.18 |
| | 1st half tax | 5,183.50 | 0.00 | 5,183.50 |
| | 1st half SPA fee | 51.84 | 0.00 | 51.84 |
| | 1ST HALF BALANCE | 5,758.87 | 0.00 | 5,758.87 |
| | 2nd half penalty | 1,088.54 | 0.00 | 1,088.54 |
| | 2nd half SPA fee penalty | 10.88 | 0.00 | 10.88 |
| | 2nd half tax | 5,183.50 | 0.00 | 5,183.50 |
| | 2nd half SPA fee | 51.84 | 0.00 | 51.84 |
| | 2ND HALF BALANCE | 6,334.76 | 0.00 | 6,334.76 |
| TOTAL BALANCE | | 12,171.48 | 0.00 | 12,171.48 |

CUYAHOGA COUNTY ASSUMES NO LIABILITY FOR DAMAGES AS A RESULT OF ERRORS, OMISSIONS OR DISCREPANCIES CONTAINED IN THESE PAGES. PROSPECTIVE PURCHASERS SHOULD CONSULT A REAL ESTATE ATTORNEY AND PURCHASE A TITLE INSURANCE POLICY PRIOR TO THE SALE.


Exhibit D

| General Information | Transfer History | Certified Values | Land Record | Residential Bldg. Sketch | Taxes | Search Page |

PRIMARY OWNER: Slawinski, Martin J
PROPERTY ADDRESS: 3400 Beyerle RD, CLEVELAND, OH 44105
TAX MAILING ADDRESS: MARTIN J SLAWINSKI, 1775 MARKS RD, VALLEY CITY, OH 44280
LEGAL DESCRIPTION: 286 EST .68A
PROPERTY CLASS: RESIDENTIAL VACANT LAND

Field Definitions

## 2010 (pay in 2011) TAXBILL SUMMARY

| PARCEL NUMBER | 131-26-004 | TAXSET | Cleveland | | TAX YEAR | 2010 (pay in 2011) |

| ASSESSED VALUES | | MARKET VALUES | | | FLAGS | |
|---|---|---|---|---|---|---|
| LAND VALUE | 1,090.00 | LAND VALUE | | 3,100.00 | OWNER OCCUPANCY CREDIT | N |
| BUILDING VALUE | 0.00 | BUILDING VALUE | | 0.00 | HOMESTEAD | N |
| TOTAL VALUE | 1,090.00 | TOTAL VALUE | | 3,100.00 | FORECLOSURE | Y |
| HOMESTEAD VALUE | 0 | | | | CERT. PEND. | N |
| | | | | | CERT. SOLD | N |
| HALF YEAR CHARGE AMOUNTS | | RATES | | | PAYMENT PLAN | N |
| GROSS TAX | 55.97 | FULL RATE | | 102.7 | | |
| LESS 920 RED | 18.58 | 920 RED. RATE | | .332024 | | |
| SUB TOTAL | 37.39 | EFFECTIVE RATE | | 68.601141 | ESCROW | |
| NON-BUSINESS CREDIT | 3.74 | | | | ESCROW | N |
| OWNER OCCUPANCY CREDIT | 0.00 | | | | PMT. AMOUNT | 0.00 |
| HOMESTEAD RED. AMOUNT | 0.00 | | | | ACCOUNT | |
| TOTAL ASSESSMENTS | 0.00 | | | | | |
| HALF YEAR NET TAXES | 33.65 | | | | | |

| | CHARGES | PAYMENTS | BALANCE DUE |
|---|---|---|---|
| TAX BALANCE SUMMARY | 67.30 | 67.30 | 0.00 |

## 2010 (pay in 2011) CHARGE AND PAYMENT DETAIL

Tax Information is up to the hour - tell me more.

| TAXSET | CHARGE TYPE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| Cleveland | 1st half penalty | 0.00 | 0.00 | 0.00 |
| | 1st half tax | 33.65 | 33.65 | 0.00 |
| | 1ST HALF BALANCE | 33.65 | 33.65 | 0.00 |
| | 2nd half penalty | 0.00 | 0.00 | 0.00 |
| | 2nd half tax | 33.65 | 33.65 | 0.00 |
| | 2ND HALF BALANCE | 33.65 | 33.65 | 0.00 |
| TOTAL BALANCE | | 67.30 | 67.30 | 0.00 |

CUYAHOGA COUNTY ASSUMES NO LIABILITY FOR DAMAGES AS A RESULT OF ERRORS, OMISSIONS OR DISCREPANCIES CONTAINED IN THESE PAGES. PROSPECTIVE PURCHASERS SHOULD CONSULT A REAL ESTATE ATTORNEY AND PURCHASE A TITLE INSURANCE POLICY PRIOR TO THE SALE.

2006. to 2011 — For years I had Premier Lawn Care. Maintaining the V.L's on Beverle. And we would show our contracts to the city and they would reverse the bills.

2011 — We had all lots bulldozed and leveled so it would be easier to maintain. We picked up rocks & debri so we could cut with mowers without tearing up the blades. Premier still did maintenance

2012 — We did our own maintenance. I was cutting every 2nd Sat or Sun depending on the weather my brother weed whacking around pipes & wire fencing I had a friend that runs heavy equipment use my trackhoe to remove all metal poles & heavy wire around edge of lots. And level area out to make it cuttable with mower & less trimming

2013 — I cut it the first few months. every 2 wks. Then we hired Chris Wegner to maintain prop.

2014 — Chris Wegner is still maintaining prop.

**WAGNER'S LANDSCAPING & SNOW PLOWING**
5407 Westlake Ave.
Parma, Ohio 44129
216.299.9261

**Contractors Invoice**

TO: Marty Slavinski
5938 Storer rd.
Cleveland, Ohio. 44102

WORK PERFORMED AT: V/L Beyerle Rd.

DATE: 4-6-14
YOUR WORK ORDER NO: 216-469-3299
OUR BID NO:

**DESCRIPTION OF WORK PERFORMED**

I Chris Wagner Owner/Provider of Wagner's Landscaping & Snow Plowing Have maintained the Vacant Property on Beyerle Rd for the Season 2013 and up coming Season 2014.

Our Services included Bi-Weekly lawn Mowing and Pick-up/Removal of Any/All Debris & Trash on Property.

— Christopher Wagner

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____
_____ Dollars ($_____).

This is a ☐ Partial ☐ Full invoice due and payable by: _____
In accordance with our ☐ Agreement ☐ Proposal  No. _____ Dated _____

Exhibit E-2