IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | CASE NO. 13-53093 |
| | ) | JUDGE KOSCHIK |
| Martin Slawinski | ) | |
| | ) | **NOTICE OF** |
| | ) | **OBJECTION TO CLAIM** |
| | ) | |
| | ) | **#4-1 FILED BY CUYAHOGA** |
| | ) | **COUNTY** |
| | ) | **FISCAL OFFICE** |
| Debtor. | ) | |

*************************************************************************

**NOTICE OF OBJECTION TO PROOF OF CLAIM #4-1 FILED BY CUYAHOGA COUNTY FISCAL OFFICE**

The debtor has filed papers with the Court in this bankruptcy case as it relates to you herein.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy Case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant Debtors' Motion, or if you want the Court to consider your view on the Motion, then on or before July 12, 2014, you or your attorney must:

File with the Court a written objection or response, a list of authorities upon which respondent relies and, if appropriate, copies of all documentary evidence which respondent intends to submit in opposition to the Objection in addition to Affidavits required or permitted by the Federal Rules of Civil Procedure, at:

**Clerk of Court
455 US Courthouse
2 South Main Street
Akron, OH 44308**

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it before the above date.

You must also mail a copy to:

**Nathan Cemenska**
Cemenska Law Firm, LLC
2077 E. 4th Street, Suite 5W
Cleveland, OH 44115

Keith Rucinski, Chapter 13 Trustee
1 Cascade Plaza, #2020
Akron, OH 44308

Office of the US Trustee
Howard M. Metzenbaum US Courthouse
201 Superior Ave East, Suite 441
Cleveland, OH 44114

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting the relief.

/s/ Nathan Cemenska
Nathan Cemenska (0080359)
Cemenska Law Firm, LLC
2077 E. 4th Street, Suite 5W
Cleveland, OH 44115
(216)-798-4506
cemenska@gmail.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following by mailing a copy hereof by first class U.S. mail or by electronic filing on this 11th day of June, 2014.

**Debtor:**
Martin Slawinski
1775 Marks Road
Valley City, OH 44280

**Trustee:**
Keith Rucinski (electronically)

United States Trustee (electronically)

**Creditors:**
Cuyahoga County Fiscal Office
1219 Ontario Street, Room 109B
Attention: Loretta A. Parks
Cleveland, OH 44113

/s/Nathan Cemenska
Nathan Cemenska
Cemenska Law Firm, LLC
2077 E. 4th Street, Suite 5W
Cleveland, OH 44115
P:(216) 798-4506
F:(270) 916-6654
E: cemenska@gmail.com
Ohio Bar #0080359